IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO P. MORIN, | 1:06-CV-00035-AWI-DLB-P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| DEPT. OF CORRECTIONS REHABILITATION FOR THE STATE OF CALIFORNIA, | |
| Defendant. / | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $2Az50.00 filing fee.

1

1    In accordance with the above, IT IS HEREBY ORDERED that within thirty days
2 of the date of service of this order, plaintiff shall submit a certified copy of his prison trust
3 account statement for the six month period immediately preceding the filing of the complaint, or
4 in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will
5 result in a recommendation that this action be dismissed.
6    IT IS SO ORDERED.
7    Dated:   **March 1, 2006**            **/s/ Dennis L. Beck**
   3c0hj8                                    UNITED STATES MAGISTRATE JUDGE