1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO P. MORIN, | 1:06-CV-00035-AWI-DLB-P |
| Plaintiff, | |
| vs. | SECOND ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| DEPT. OF CORRECTIONS REHABILITATION FOR THE STATE OF CALIFORNIA, | |
| Defendant. / | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 1, 2006, the court ordered plaintiff to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, pursuant to 28 U.S.C. § 1915. On March 13, 2006, plaintiff submitted an application to proceed in forma pauperis and a copy of his prison trust account statement. However, the copy of his trust account statement was not certified. Plaintiff shall be provided another opportunity to

1

submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $250.00 filing fee.  To obtain an official certified copy of the trust account statement, plaintiff should follow administrative procedures and show this order to an officer at his institution of incarceration.

     In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.  Plaintiff is not required to submit another application to proceed in forma pauperis.  Failure to comply with this order will result in a recommendation that this action be dismissed.

     IT IS SO ORDERED.

     Dated:    **April 6, 2006**            **/s/ Dennis L. Beck**
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE