1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   LEO P. MORIN,                          )          1:06-CV-00035-AWI-DLB-P
                                            )
12          Plaintiff,                      )
                                            )          ORDER DENYING MOTION FOR
13                                          )          APPOINTMENT OF COUNSEL
            v.                              )          (DOCUMENT #8)
14                                          )
     DEPT. OF CORRECTIONS                   )
15   REHABILITATION FOR THE STATE           )
     OF CALIFORNIA                          )
16                                          )
            Defendant.                      )
17   _____)

18
19          Plaintiff has requested the appointment of counsel.  The United States Supreme Court

20   has ruled that district courts lack authority to require counsel to represent indigent prisoners in

21   § 1983 cases.  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S.

22   296, 109 S.Ct. 1814 (1989).

23          In certain exceptional circumstances, the court may request the voluntary assistance

24   of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Without a reasonable method of securing and

25   compensating counsel, this court will seek volunteer counsel only in the most serious and

26   exceptional cases.

27          In the present case, the court does not find the required exceptional circumstances.

28                                              1

1    Even if it is assumed that plaintiff is not well versed in the law and that he has made serious

2    allegations which, if proved, would entitle him to relief, his case is not exceptional.  This court is

3    faced with similar cases almost daily.  Therefore, plaintiff's request for the appointment of counsel

4    must be denied.

5               In accordance with the above, IT IS HEREBY ORDERED that plaintiff's request for

6    the appointment of counsel is denied.

7          IT IS SO ORDERED.

8          **Dated:   May 1, 2006**                    **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE
9    3c0hj8

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    2