UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEO P. MORIN, | ) | 1:06-CV-00035-AWI-DLB-P |
| Plaintiff, | ) ) | ORDER VACATING FINDINGS AND RECOMMENDATION |
| v. | ) ) | (Document #11) |
| DEPT. OF CORRECTIONS REHABILITATION FOR THE STATE OF CALIFORNIA, | ) ) ) ) | ORDER DENYING PETITION FOR WRIT OF MANDATE AND DECLARATORY RELIEF (Document #9) |
| Defendant. | ) ) ) ) ) | ORDER GRANTING EXTENSION OF TIME TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 6, 2006, the court ordered plaintiff to submit a certified copy of his prison trust account statement in support of his application to proceed in forma pauperis, or in the alternative, to pay the $250.00 filing fee for this action, within thirty days of the date of service of the order. Plaintiff did not comply with the court's order. On May 25, 2006, the court issued findings and a recommendation that this action be dismissed for plaintiff's failure to obey the court's order.

The court notes that on April 28, 2006, plaintiff filed a petition for writ of mandate and declaratory relief, requesting the court to direct the California Department of Corrections and Pleasant Valley Prison to provide plaintiff with his trust account information and other information to enable his access to the court. Plaintiff contends that prison officials at Pleasant Valley State Prison are

uncooperative and will not provide the documents needed for plaintiff to comply with the court's order. Plaintiff does not support this broad claim with any specifics. However, because plaintiff contends he attempted to comply with the court's order, the court will vacate the findings and recommendation and grant plaintiff an extension of time to file a certified copy of his prison trust account statement.

Plaintiff is hereby advised that it is his responsibility to follow the procedures established at the prison to insure that the court receives the required documents. Plaintiff is directed to show this order to a prison official and follow the procedures to request a certified copy of his prison trust account statement. If plaintiff's attempts to comply are met with resistance by prison officials, plaintiff is directed to notify the court with specifics. For instance, when did plaintiff attempt to comply, how did he attempt to comply, with whom did he submit his requests, and in what ways were his requests thwarted or impeded? Plaintiff is advised that should he fail to comply, the court will submit a recommendation to the assigned district judge that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendation of May 25, 2006, are VACATED;

2. Plaintiff's petition for writ of mandate and declaratory relief is DENIED; and

3. Plaintiff is GRANTED thirty days from the date of service of this order in which to comply with the court's order of April 6, 2006, by submitting to the court:

    1) A certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, OR IN THE ALTERNATIVE,

    2) The $250.00 filing fee for this action.

IT IS SO ORDERED.

Dated: May 26, 2006        /s/ Dennis L. Beck
3c0hj8                                                         UNITED STATES MAGISTRATE JUDGE