IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO MORIN,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>  Defendants.<br>_____/ | CV-F-06-0035-LJO-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 19)<br><br>**ORDER DISMISSING COMPLAINT/ACTION** |

Plaintiff Leo Morin ("Plaintiff") is a state prisoner proceeding pro se in a civil right action pursuant to 42 U.S.C. § 1983.  By order filed October 23, 3006, the court found that plaintiff's amended complaint failed to state any claims for relief against the named defendants.  The court dismissed plaintiff's amended complaint and ordered plaintiff to file an second amended complaint within thirty (30) days from the date of service of that order.  More than thirty days passed and plaintiff did not file a second amended complaint or otherwise respond to the court's order..

On  December 15, 2006, the Magistrate Judge issued a Findings and Recommendation that this action be DISMISSED, with prejudice, for Plaintiff's failure to obey the court's order of October 23, 2006 and for failure to state a claim upon which relief may be granted.   The Findings and Recommendation was served on Plaintiff and contained notice that any objections to the Findings and Recommendation were to be filed within twenty (20) days of the date of service of the order.  Over

1

twenty (20) days have passed and Plaintiff filed no objections nor responded to the court in any way.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 73-305, this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 15, 2006  is ADOPTED IN FULL;

2.  The Complaint, and therefore this action, is DISMISSED for Plaintiff's failure to obey the Court's order of October 23, 2006 and for failure to state a claim upon which relief may be granted; and

3. The Clerk of the Court is DIRECTED to CLOSE  this case.


IT IS SO ORDERED.

**Dated:     February 27, 2007**                             **/s/ Lawrence J. O'Neill**
b9ed48                                                                    UNITED STATES DISTRICT JUDGE